# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

AVANEX CORPORATION,

        Plaintiff,　　**E-filing**　　SUMMONS IN A CIVIL CASE

        v.　　　　　　　　　　　　　CASE NUMBER:

3S PHOTONICS, S.A.,

        Defendant.

TO: (Name and address of defendant)　　　　　　　　　　　　　　　　　　　　　　**BZ**
3S Photonics
Route de Villejust
91625 Nozay Cedex
France

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

H. Joseph Escher III
Chris Burdett
DECHERT LLP
One Maritime Plaza, Suite 2300
San Francisco, CA 94111-3513
415.262.4500

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking　　　　　　　　　　　　　　　　　　　　　　　DATE _____
CLERK

               MARY ANN BUCKLEY

_____
(BY) DEPUTY CLERK

NDCAO440