H. JOSEPH ESCHER III (No. 85551)
h.joseph.escher@dechert.com
D. CHRIS BURDETT (No. 230342)
chris.burdett@dechert.com
DECHERT LLP
One Maritime Plaza
Suite 2300
San Francisco, California 94111-3513
Telephone:   415.262.4500
Facsimile:    415.262.4555

Attorneys for Plaintiff
AVANEX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AVANEX CORPORATION,<br><br>            Plaintiff,<br><br>v.<br><br>3S PHOTONICS, S.A.,<br><br>            Defendant. | Case No.  C 08-02564 CW<br><br>NOTICE OF DISMISSAL BY PLAINTIFF<br>(Fed. R. Civ. P. 41(a)(1)(A)(i)) |

1  The above-entitled action is hereby dismissed with prejudice in its entirety by

2  Plaintiff pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

3

4  Dated: July 8, 2008                                    DECHERT LLP
                                                          H. JOSEPH ESCHER III
                                                          D. CHRIS BURDETT
5

6

7                                                         By:           /S/
                                                             H. JOSEPH ESCHER III
                                                             Attorneys for Plaintiff
8                                                            AVANEX CORPORATION

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28